# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Holly Kathleen Cummings*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Douglas E. Zeit**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____            **/s/ Holly Kathleen Cummings** _____
                                         Debtor

Cummings.txt

Collection Services, NC
Suite 6
Chicago, IL  60603


Antioch Animal Hospital
40949 North State Road
Route 83
Antioch, IL  60002


Asset Management Outsourcing
6737 W. Washington Street
Suite 3118
Milwaukee, WI  53214


Certified Services, Inc.
1733 Washington Street
Suite 201
Waukegan, IL  60085


City of Zion
P.O. Box 457
Wheeling, IL  60090


Collection Company of Amer
700 Longwater Drive
Norwell, MA  02061-1624


Com Ed
P.O. Box 6111
Carol Stream, IL  60197


Comcast Chicago Seconds-1000
2200 Argonne
North Chicago, IL  60064


Commonwealth Edison
P.O. Box 6111
Carol Stream, IL  60197


Condell Medical Center
2 E. Rollins Road
Round Lake, IL  60073


Credit Management
4200 International Parkway
Carrollton, TX  75007

Cummings.txt

Credit Management
4200 Interational Parkway
Carrollton, TX  75007


Credit Management
17070 Dallas Parkway
Carrollton, TX  75007


Dependon Collection Service
P.O. Box 4833
Hinsdale, IL  60522


Diversified Credit Service
900 S. Highway
Suite 210
Fenton, MO  63026


Emergency Physicians
17800 S. Kedzie
Hazel Crest, IL  60429


First Revenue Assurance
4500 Cherry Creek Drive
Suite 450
Denver, CO  80246


Heavner, Scott, Beyers and Mih
P.O. Box 740
Decatur, IL  62525


IGS Energy
1844 Ferry Road
Naperville, IL  60563


Ingallas Midwest Emergency
@1 Ingalls Drive
Harvey, IL  60426


Internal Revenue Service
Federal Payment Levy Program
P.O. Box 219236
Kansas City, MO  64121-9236

Cummings.txt

Lake County Acute Care
157 N. Seymour Avenue
Mundelein, IL  60060


Lake County Health Dept.
1733 Washington Street
Suite 201
Waukegan, IL  60087


Med Clear
507 Prudential Road
Horsham, PA  19044-2308


National City Mortgage
3232 New Mark Drive
Miamisburg, OH  45342


NCO Credit Service
P.O. Box 8547
Philadelphia, PA  19101


NiCOR Gas Co.
1844 W. Ferry Road
Naperville, IL  60563


NiCOR Gas Co.
P.O. Box 8350
Aurora, IL  60507


North West Collectors Inc.
3601 Algonquin Road
Suite 500
Rolling Meadows, IL  60008


Physicians Credit Bureau
3592 Corporate Drive
Columbus, OH  43231


Physicians Credit Bureau
3592 Coroprate Drive
Suite 105
Columbus, OH  43231


South Suburban Hospital
17800 S. Kedzie
Hazel Crest, IL  60429

Cummings.txt


Target Credit Services
P.O. Box 673
Minneapolis, MN   55440-1327


Torres Credit Service
27 Fairview Street
Suite 301
Carlisle, PA   17015

United Collec Bur. Inc.
P.O. Box 140190
Toledo, OH   43614


United Collect Bur, Inc.
P.O. Box 140190
Toledo, OH   43614


United Collection Bureau
P.O. Box 140190
Toledo, OH   43614


US Celluar-MO6
6170 Route 13
Gurnee, IL   60031